_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 29, 2015

McDONALD CARANO WILSON LLP
RYAN J. WORKS, NV Bar No. 9224
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rworks@mcdonaldcarano.com
*Counsel for Receiver Robert W. Seiden, Esq.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SINO CLEAN ENERGY, INC.,<br><br>Debtor. | Case No. 15-14261-btb<br><br>Chapter 11<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT RE MOTION FOR ORDER (A) DISMISSING THE BANKRUPTCY FOR LACK OF AUTHORITY TO FILE AND (B) AS A BAD FAITH FILING; OR, IN THE ALTERNATIVE, (C) RETAINING THE RECEIVER (D) LIFTING THE AUTOMATIC STAY, (E) ABSTAINING, AND OTHER RELATED RELIEF**<br><br>**Hearing Date:  OST Requested**<br>**Hearing Time: OST Requested** |

The Court, having reviewed Robert W. Seiden, Esq.'s (the "Receiver") *Ex Parte Application to Exceed Page Limit* (the "Application") regarding his *Motion for Order (A) Requesting Dismissal of this Bankruptcy for Lack of Authority to File, and (B) as a Bad Faith Filing Under 11 U.S.C. §1112(b), or, in the Alternative, (C) Retaining the Receiver, (D) Lifting the Automatic Stay, (E) Abstaining from Hearing this Bankruptcy Case Pursuant to 11 U.S.C.*

*§305, and Other Related Relief* (the "Motion") [Docket 18], and now being fully advised of the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted.

**IT IS SO ORDERED.**

###

Submitted by:

MCDONALD CARANO WILSON LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq., #9224
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

*Counsel to Receiver Robert W. Seiden, Esq.*

339104